


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 6, 2022**

**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRAIG EDWARD FINK AND LOIS JOY FINK, | § | CASE NO. 14-40700-MXM7 |
| | § | |
| DEBTORS. | § | CHAPTER 13 |
| | § | |
| CRAIG EDWARD FINK AND LOIS JOY FINK, | § | |
| | § | |
| PLAINTIFFS. | § | ADVERSARY NO. 21-04035-MXM |
| | § | |
| V. | § | |
| | § | |
| NAVIENT SOLUTIONS, LLC, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER GRANTING PLAINTIFFS'
## MOTION TO DISMISS

*[RELATES TO ADV. NO. 21-04020 AT ECF NO. 65]*

Before the Court is the *Plaintiffs' Motion to Dismiss*[1] (the "**Motion**") filed by Plaintiffs Mr. Craig Edward Fink and Ms. Lois Joy Fink (together, the "**Plaintiffs**"). On October 8, 2021, the Court granted the motion for joint administration with Adversary Proceeding No. 21-04020.[2] The Motion moves to dismiss, without prejudice, *Plaintiffs' Second Amended Complaint*[3] and any previously filed complaints related to Adversary Proceeding Nos. 21-04020 and 21-04035. After considering the Motion and the parties' arguments, the Court finds and concludes that the Motion should be granted and the Adversary Proceeding is dismissed, without prejudice.

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**.

**ORDERED** that this Adversary Proceeding be dismissed, without prejudice.

### END OF ORDER ###

---

[1] Adv. No. 21-04020 at ECF No. 65.
[2] Adv. ECF. No. 14.
[3] Adv. No. 21-04020 at ECF No. 66.